Office of the Clerk

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

P.O. Box 193939

San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

## NOTICE OF APPEARANCE OF COUNSEL or
## RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator).*
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number*(s)* | 16-50339

Case Name: | United States | v. | Keith Preston Gartenlaub

List the name(s) of the party or parties you are representing: | Keith Preston Gartenlaub

☒ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Appellant/Cross-Appellee

☐ Appellee ☐ Respondent ☐ Intervenor ☐ Appellee/Cross-Appellant

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*:

Name | John D. Cline

Firm/Office | Law Office of John D. Cline

Address | 235 Montgomery, Suite 1070

City | San Francisco | State | CA | Zip Code | 94104

Email | cline@johndclinelaw.com | Re-enter Email | cline@johndclinelaw.com

Phone Number *(including area code)* | (415) 662-2260

Signature *(use "s/" format)* | s/John D. Cline | Date | 9/13/16