UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 7 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 16-50339 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 8:14-cr-00173-CAS-1 |
| v. | Central District of California, Santa Ana |
| KEITH PRESTON GARTENLAUB, AKA Keith Preson Gartenlaub, | ORDER |
| Defendant-Appellant. | |

Before: WARDLAW and GOULD, Circuit Judges, and PIERSOL,[*] District Judge.

The panel has voted unanimously to deny the petition for panel rehearing. Judges Wardlaw and Gould vote to deny the petition for rehearing en banc, and Judge Piersol so recommends.

The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petitions for rehearing en banc is **DENIED**.

---

[*] The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, sitting by designation.